# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>2:20-CR-00079</u>          Recorder: <u>CS 02/20/2020</u>          Date: <u>02/20/2020</u>

Present: The Honorable <u>Alka Sagar</u>, U.S. Magistrate Judge

Court Clerk: <u>Alma Felix</u>                                    Assistant U.S. Attorney: <u>Jason C. Pang</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1) GUIA CABACTULAN<br>    CUSTODY-PRESENT<br>2) MARISSA DUENAS<br>    CUSTODY-PRESENT | 1) CRAIG A. HARBAUGH, Special appearance by CHRISTY O'CONNOR DFPD<br>2) JOHN W. BARTON, Special appearance by MARK WINDSOR<br>PANEL | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Terry J. Hatter Jr..
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 04/07/2020 at 10:00 AM
    Status Conference 03/02/2020 at 10:00 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: <u>00 : 00</u>
PIA: <u>00 : 04</u>
Initials of Deputy Clerk: <u>AF by TRB</u>

cc: Statistics Clerk, PSALA CJA Supv Attorney, USMLA